# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142935

JOHN GREGORY POULOS, by his
Conservator, Carl L. Bekofske,
          Plaintiff-Appellee,

v                                                    SC: 142935
                                                     COA: 299514
                                                     Genesee CC: 09-091903-NH
GENESYS REGIONAL MEDICAL CENTER
and DR. LANDISMAN,
          Defendants-Appellants,

and

DR. KORTE and FLINT GASTROENTEROLOGY
ASSOCIATES, P.C.,
          Defendants.
_____/

        On order of the Court, the application for leave to appeal the March 8, 2011 order
of the Court of Appeals is considered, and it is DENIED, because we are not persuaded
that the question presented should now be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

d0919                                                          Clerk